# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAMIA WOODS, Individually and as Administrator of the Estate of J.W.; TIM WOODS, Individually and as Administrator of the Estate of J.W.; SHANNON HEACOCK, Individually and as Administrator of the Estate of E.H.; BRITTNEY BIRD, Individually and as Administrator of the Estate of B.B.; and PARKER SIEMS, Individually,<br><br>        Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC. and INSTAGRAM, LLC,<br><br>        Defendants. | Civil Action No.: 1:26-cv-00296-GBW<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY)**<br><br>COMPLAINT FILED IN DELAWARE SUPERIOR COURT: MARCH 19, 2026<br><br>NOTICE OF REMOVAL FILED: MARCH 19, 2026 |

## WITHDRAWAL OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, Defendants Meta Platforms, Inc. and Instagram, LLC hereby withdraw their Notice of Removal to the United States District Court for the District of Delaware the above-captioned action, originally filed as Case No. N26C-03-347-CLS in the Superior Court of the State of Delaware.

[*signature on following page*]

- 1 -

- 2 -

*Respectfully submitted,*

**DALTON & ASSOCIATES, P.A.**
*/s/ Bartholomew J. Dalton*
Bartholomew J. Dalton, Esq. (#808)
Connor C. Dalton, Esq. (#7037)
1106 West 10th Street
Cool Spring Meeting House
Wilmington, DE 19806
(302) 652-2050
bdalton@dalton.law
cdalton@dalton.law

*Attorneys for Meta Platforms, Inc. and Instagram, LLC*

Dated:  March 30, 2026